

Serge F. Petroff
Steven Amshen*
Christopher Villanti
David R. Smith
James Tierney
Andrea Bonilla
Jill Schaefer
Yehuda Morgenstern
Kathleen Maher
(*admitted in New York & New Jersey)

September 4, 2019

**Chief Judge Carla E. Craig**
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

|   |   |
|---|---|
| **Case Name**: | Frances E Babb |
| **Case No.**: | 1-19-42133-cec |
| **Re**: | [39] Motion to Reduce Claim |

Dear Honorable Craig,

    This office represents the Debtor, Frances E Babb, in the instant Chapter 13 bankruptcy case. Please allow this letter to advise the Court that on or about August 13, 2019, the non-filing borrower was offered a six-month trial loan modification. Said offer was subsequently accepted by the borrower.

    Due to the foregoing, the Debtor is hereby withdrawing her motion to reduce claim number 6 filed by PennyMac Corp. [Doc. No. 39].

    Should Your Honor have any questions, please feel free to contact the undersigned.

    Sincerely,

    */s/ Steven Amshen*
    Steven Amshen, Esq.